# Court of Appeals
# of the State of Georgia

ATLANTA,  December 26, 2024

*The Court of Appeals hereby passes the following order:*

A25A0680. MICHAEL CASSIDY v. THE STATE.

In 2022, Michael Cassidy was convicted of child molestation. Cassidy filed a motion for new trial, which the trial court denied on July 10, 2024. Cassidy then filed a motion for an out-of-time appeal, which the trial court granted on October 9, 2024. Cassidy filed a notice of appeal.

In *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022), the Supreme Court eliminated the out-of-time appeal procedure in trial courts, holding that a trial court is "without jurisdiction to decide [a] motion for out-of-time appeal" on the merits because "there was and is no legal authority for motions for out-of-time appeal in trial courts." The Supreme Court also concluded that this holding applies to "all cases that are currently on direct review or otherwise not yet final[,]" id., and directed that "pending and future motions for out-of-time appeals in trial courts should be dismissed, and trial court orders that have decided such motions on the merits . . . should be vacated if direct review of the case remains pending or if the case is otherwise not final." Id. at 505 (4). Compare *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980) (a trial court may exercise jurisdiction over a motion brought under OCGA § 9-11-60 (g) to set aside a judgment upon a finding that notice of the judgment was not provided as required under OCGA § 15-6-21 (c)), overruled in part by *Wright v. Young*, 297 Ga. 683, 684, n. 3 (777 SE2d 475) (2015); *State v. Rahaman*, 371 Ga. App. 810, 811-813 (1) (903 SE2d 276) (2024) (the rule set forth in *Cambron* also applies to motions for set aside in criminal cases and has not been overruled by *Cook*).

In light of *Cook*, Cassidy had no right to file a motion for an out-of-time appeal in the trial court. See *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Accordingly, the trial court's order granting Cassidy's motion for an out-of-time appeal is VACATED, and this case is REMANDED for the entry of an order dismissing his motion for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__12/26/2024_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*